DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD L. BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2233

[January 5, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case Nos. 312012CF000138A, 312011CF000502A, and 312011CF000908A.

Richard L. Brown, Fort Pierce, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***